## Keister's Estate.

*Collateral inheritance tax—Clear value of estate—Deductions—Federal estates tax.*

In determining the amount of a decedent's estate subject to collateral inheritance tax, the estate tax imposed by Act of Congress of September 8, 1916, 39 Stat., Part 1, Chapter 463, Title 2, page 777, should be deducted. The clear value taxable under the Act of May 6, 1887, P. L. 79, can only be ascertained after the payment of the tax due to the United States.

Argued April 18, 1918. Appeal, No. 104, April T., 1918, by Commonwealth, from decree of O. C. Westmoreland Co., May T., 1917, No. 230, dismissing appeal from collateral tax appraisement in Estate of Abraham L. Keister. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

See Knight's Estate, 261 Pa. 537.

*Error assigned* was the decree of the court.

*William S. Rial,* with him *Francis Shunk Brown,* Attorney General, for the Commonwealth, appellant.

*Frank P. Rush,* for appellees.

PER CURIAM, December 12, 1918:

When this appeal was called for argument it was agreed by counsel that the same questions, and those only, were raised and presented to the Supreme Court on an appeal pending (Estate of T. Morris Knight, No. 50, January Term, 1918), and the decision thereof would be conclusive of the questions involved in this appeal.

That appeal was decided June 3, 1918, and for the reasons given in the adjudication in the court below, and affirmed by the Supreme Court, the judgment in this case is affirmed.